# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Initial Appearance/Preliminary/Detention Hearing - VSR

| Case Number: | 20-CR-1341 JB | UNITED STATES vs. Peshlakai | |
|---|---|---|---|
| Hearing Date: | 12/28/2021 | Time In and Out: | 10:13 a.m./10:21 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Hondo via Zoom |
| Defendant: | Arthur Ben Peshlakai | Defendant's Counsel: | Stephen Taylor for purposes of this hearing only |
| AUSA: | James Braun | Pretrial/Probation: | Sharla Koch |
| Interpreter: | N/A | Witness: | |

## Initial Appearance Second Amended Petition

| | | | |
|---|---|---|---|
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant wants Court appointed counsel | | |
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☒ | Set for Preliminary Revocation/Detention Hearing | on Thursday, December 30, 2021 | @ 9:30 a.m. |

## Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause |

## Detention

| | |
|---|---|
| ☐ | Defendant |
| ☐ | |

## Custody Status

| | | |
|---|---|---|
| ☒ | Defendant remanded to custody of United States Marshal's Service | |
| ☐ | Conditions | |

## Other

| | |
|---|---|
| ☒ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to _____ for Final Revocation Hearing |
| ☐ | |